FILED
DISTRICT COURT OF GUAM

JUN 29 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SOKIMONA FISHING PTY., LTD., | CIVIL CASE NO. 01-00004 |
| Plaintiff, | |
| vs. | RECEIPT OF EXHIBITS |
| CASAMAR GUAM, INC., | |
| Defendant. | |

[ X ] Plaintiff's    [ ] Defendant's    [ ] Joint

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| | See attached Plaintiff's Notice of Filing of Amended Plaintiff's Exhibit List and Plaintiff's Notice of Filing of Amended Joint Exhibit List |

_Thomas B. Anderson_
Signature

_Thomas B. Anderson_
Name

_6/29/06_
Date

_Berman, O'Connor & Mann_
Office/Firm Receiving Exhibits

BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorney for Plaintiff:
*Sokimona Fishing Pty., Ltd.*

FILED
DISTRICT COURT OF GUAM
JAN 1 4 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SOKIMONA FISHING PTY., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CASAMAR GUAM, INC., <br><br> Defendant. | CIVIL CASE NO. CIV01-00004 <br><br> **PLAINTIFF'S NOTICE OF FILING OF AMENDED PLAINTIFF'S EXHIBIT LIST** |

The Plaintiff Sokimona Fishing Pty., Ltd. ("Sokimona") attaches hereto three copies of the Amended Plaintiff's Exhibit List. This Exhibit List is identical to the one previously submitted, but has been reformatted so that the exhibits are listed vertically rather than horizontally.

Dated this 14th day of January, 2003.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV

By: _____
BILL R. MANN
Attorney for Plaintiff *Sokimona Fishing Pty., Ltd.*

# SOKIMONA FISHING PTY., LTD. v. CASAMAR GUAM, INC.
## CIVIL CASE NO. CIV01-00004
## AMENDED PLAINTIFF'S EXHIBIT LIST

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | Curriculum Vitae of Captain Joseph Ramalho. | 1/21/2003 | 1/21/2003 |
| 2 | October 22, 1997 fax from Casamar to Jeff Evennett with attachments. | | |
| 3 | November 5, 1997 fax from Casamar to Graham Swan with attachment. | | |
| 4 | Handwritten report of Captain Joseph Ramalho. | 1/22/2003 | |
| 5 | Fax from Alexandros to Sokimona dated June 2, 1998 re: net failures. | 1/21/2003 | Excluded |
| 6 | January 31, 1998 fax from Casamar to Graham Swan. | | |
| 7 | February 3, 1998 fax from Carmen to Captain Maughan. | | |
| 8 | February 4, 1998 fax from Ben Ichiyasu to Casamar. | | |
| 9 | February 6, 1998 fax from Ben Ichiyasu to Casamar. | | |
| 10 | February 9, 1998 fax from Ben Ichiyasu to Casamar. | 3/24/2003 | Excluded |
| 11 | February 11, 1998 Casamar proposal to Sokimona. | 1/21/2003 | Excluded |
| 12 | Casamar Net and Rental Contract with attachments. | | |
| 13 | February 25, 1998 fax from Casamar to Ben Ichiyasu. | | |

*[handwritten note: only first 2 pgs & last 4 pgs referenced]*

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 14 | Credit memo in the amount of $199,975.00 to account of Berman O'Connor & Mann dated February 26, 1998. | 1/21/2003 | Excluded |
| 15 | District Court Order dated March 11, 1998 in <u>Copitas v. Alexandros</u>, Civil Case No. CIV98-00013. | 1/21/2003 | 1/21/2003 |
| 16 | March 12, 1998 fax from Casamar to Sokimona. | | |
| 17 | March 13, 1998 fax from Zurich Pacific Insurance to Casamar. | | |
| 18 | March 13, 1998 fax from Casamar to Allied Marine Surveyors with attachments. | | |
| 19 | Casamar invoice dated March 13, 1998 in the amount of $249,676.70. | | |
| 20 | Casamar invoice dated March 13, 1998 in the amount of $65,000.00. | | |
| 21 | March 14, 1998 fax from Zurich to Casamar. | 1/21/2003 | Excluded |
| 22 | Summary of Sokimona lost profit claim. | 1/21/2003 | 1/23/2003 |
| 23 | Calculation of value of fish that would have caught on 35 day fishing trip. | 1/21/2003 | 1/21/2003 |
| 24 | Final settlement dated September 22, 1998 regarding first fishing trip. | 1/21/2003 | 1/21/2003 |
| 25 | Final settlement dated December 1, 1998 regarding second fishing trip. | 1/21/2003 | 1/21/2003 |
| 26 | Final settlement dated March 3, 1999 regarding third fishing trip. | 1/21/2003 | 1/21/2003 |
| 27 | PNG catch report form dated May 28, 1998. | 1/21/2003 | 1/21/2003 |
| 28 | PNG catch report form dated August 29, 1998. | 1/21/2003 | |

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 29 | South Pacific Regional purse-seine log sheet dated November 9, 1998. | 1/21/2003 | Excluded |
| 30 | Document dated June 6, 1998 showing crew wages from first fishing trip. | 1/21/2003 | 1/21/2003 |
| 31 | Document showing crew wages from second fishing trip. | 1/21/2003 | 1/21/2003 |
| 32 | Document showing crew wages from third fishing trip. | 1/21/2003 | 1/21/2003 |
| 33 | Summary of crew wages that would have been paid on lost fishing trip. | 1/21/2003 | 1/21/2003 |
| 34 | Fuel and lube report for third fishing trip. | 1/21/2003 | 1/21/2003 |
| 35 | Mobil Oil Guam invoice in the amount of $50,012.90. | 1/21/2003 | 1/23/03 |
| 36 | Mobil Oil invoice in the amount of $38,114.00. | 1/23/2003 | 1/23/03 |
| 37 | Calculation of Lubricating Oil Expense. | 1/23/2003 | 1/23/2003 |
| 38 | Invoice from Salt Factory, Inc. dated January 20, 1998. | 1/21/2003 | 1/23/03 |
| 39 | Tradco Shipping Ltd. estimate of port charges in Honiara, Solomon Islands. | 1/21/2003 | 1/23/03 |
| 40 | Casamar purchase order 4701 re: rope. | 1/21/2003 | 1/22/03 |
| 41 | Casamar purchase order 4704 re: twine. | 1/22/2003 | 1/22/03 |
| 42 | Summary of Sokimona Out-of-Pocket Expenses. | 1/22/2003 | 1/23/03 |
| 43 | Invoice from F.C.F. Guam in the amount of $2,600.00. | 1/22/2003 | 1/22/03 |
| 44 | Invoice from F.C.F. Guam in the amount of $3,373.77. | 1/22/2003 | 1/22/03 |
| 45 | Invoice from F.C.F. Guam in the amount of $856.96. | 1/22/2003 | 1/22/03 |

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 46 | Invoice from F.C.F. Guam in the amount of $1,234.48. | 1/22/2003 | 1/22/03 |
| 47 | Document showing payment to Alexandros crew for work done on net in Guam in the amount of $13,500.00 | 1/22/2003 | 1/22/03 |
| 48 | Assignment of Claim from QBE Pacific Insurance, Ltd. to Sokimona. | 1/23/2003 | 1/23/03 |
| 49 | Pre-judgment interest calculations. | 1/23/2003 | 1/23/2003 |
| 50 | Color photo/print-out w/ witness J. Ramalho's testimony | 1-21-2003 | 1-21-03 |
| 51 | Color photo/print-out "Crows Nest" | 1-21-2003 | 1-21-03 |
| 52 | Color photo/print-out of net with #1 | 1-21-2003 | 1-21-03 |
| 53 | Drawing on easel paper/ net illustration based on testimony of J. Ramalho | 1-21-2003 | 1-21-03 |

BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorney for Plaintiff:
*Sokimona Fishing Pty., Ltd.*

FILED
DISTRICT COURT OF GUAM
JAN 1 4 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SOKIMONA FISHING PTY., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CASAMAR GUAM, INC., <br><br> Defendant. | CIVIL CASE NO. CIV01-00004 <br><br> **PLAINTIFF'S NOTICE OF FILING OF AMENDED JOINT EXHIBIT LIST** |

The Plaintiff Sokimona Fishing Pty., Ltd. ("Sokimona") attaches hereto three copies of the Amended Joint Exhibit List. This Exhibit List is identical to the one previously submitted, but has been reformatted so that the exhibits are listed vertically rather than horizontally.

Dated this 14th day of January, 2003.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV

By: /s/ Bill R. Mann
BILL R. MANN
Attorney for Plaintiff *Sokimona Fishing Pty., Ltd.*

# SOKIMONA FISHING PTY., LTD. v. CASAMAR GUAM, INC.
## CIVIL CASE NO. CIV01-00004
## AMENDED JOINT EXHIBIT LIST

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| J 1 | August 7, 1997 fax from Casamar to Captain Ramalho. | 1-21-2003 | 1-21-2003 |
| J 2 | August 13, 1997 fax from Casamar to Captain Ramalho. | 1-23-2003 | 1-21-2003 |
| J 3 | Casamar net inspection document dated September 9, 1997. | 1-21-2003 | 1-21-2003 |
| J 4 | Net repair plan #970912 dated September 12, 1997. | 1-21-2003 | 1-21-2003 |
| J 5 | Corkline measurement and arrangement #970912 dated September 18, 1997 (Bates 22). | 1-21-2003 | 1-21-2003 |
| J 6 | Casamar estimate dated September 12, 1997 totaling $413,140.35. | 1-22-2003 | 1-21-2003 |
| J 7 | Casamar estimate dated September 12, 1997 totaling $382,179.53. | 1-22-2003 | 1-21-2003 |
| J 8 | Casamar estimate dated September 13, 1997 totaling $295,940.83. | 1-22-2003 | 1-21-2003 |
| J 9 | October 10, 1997 fax from Casamar to Captain Ramalho. | 1-21-2003 | 1-21-2003 |
| J 10 | Casamar invoice for Alexandros net repair in the amount of $322,552.65. | 1-21-2003 | 1-21-2003 |
| J 11 | November 25, 1997 fax from Casamar to Sokimona Fishing with attachment. | 1-21-2003 | 1-21-2003 |
| J 12 | Chart showing route of Alexandros to trial set position and return to Guam. | 1-21-2003 | 1-21-2003 |
| J 13 | January 29, 1998 fax from MFV Alexandros to Sokimona. | 1-21-2003 | 1-21-2003 |
| J 14 | Sketch of damaged net (Bates 16). | 1-21-2003 | 1-21-2003 |

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| J 15 | Sketch of damaged net (Bates 17). | 1-21-2003 | 1-21-2003 |
| J 16 | Alexandros net (Bates 19). | | 1-21-2003 |
| J 17 | Alexandros net inspection sheet (Bates 20). | 1-21-2003 | 1-21-2003 |
| J 18 | Corkline measurement arrangement dated September 18, 1997 (Bates 23) with handwriting on it. | | 1-21-2003 |
| J 19 | Alexandros net repair job no. 98-1306 (Bates 21). | | 1-21-2003 |
| J 20 | Alexandros net repair job no. 98-1306 showing additional section. | | 1-21-2003 |
| J 21 | February 7, 1998 fax from Casamar to Allied Marine Surveyors. | 1-23-2003 | 1-21-2003 |
| J 22 | February 9, 1998 fax from Allied Marine Surveyors to Casamar. | 1-21-2003 | 1-21-2003 |
| J 23 | February 11, 1998 fax from Allied Marine Surveyors to Casamar. | | 1-21-2003 |
| J 24 | Certificate of Survey by Allied Marine Surveyors dated March 13, 1998. | 1-21-2003 | 1-21-2003 |
| J 25 | March 12, 1998 fax to Sokimona from the Alexandros re: fuel consumption. | 1-22-2003 | 1-21-2003 |
| J 26 | Curriculum Vitae of Gary S.E. Lagerloef, Ph.D. | | 1-21-2003 |
| J 27 | Report of Dr. Lagerloef dated June 6, 2002. | | 1-21-2003 |
| J 28 | Chart prepared by Dr. Lagerloef showing currents. | | 1-21-2003 |
| J 29 | Chart prepared by Dr. Lagerloef showing current velocity. | | 1-21-2003 |
| J 30 | Six color photographs of the Alexandros. | 1-21-2003 | 1-21-2003 |
| J 31 | Ben Maughan resume/CV. | 3/24/2003 | 1-21-2003 |

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| J 32 | B. Maughan USCG license. | | 1-21-2003 |
| J 33 | Joe Ramalho letter to MR. Swan of Sokimona dated 9/13/97. | 1/21/2003 | 1/21/03 |
| J 34 | Jan. 29, 1998 memo from vessel officer Mr. Souza to Sokimona | | 1-21-2003 |
| J35 | Colored photo w/ Black circle | 1/22/03 | 1/22/03 |
| J36 | A purse Seiner and its Gear (2 pages) | 3/24/03 | 3/24/03 |