DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SOKIMONA FISHING PTY., LTD.,<br><br>              Plaintiff,<br><br>vs.<br><br>CASAMAR GUAM, INC.,<br><br>              Defendant. | CIVIL CASE NO. 01-00004<br><br>O R D E R<br>re Disposition of Exhibits |

On May 25, 2006, the Court gave counsel notice that the exhibits in the above-entitled case would be destroyed if they were not claimed within 40 days of the date of said Notice. More than 40 days have elapsed, and Defense counsel has failed to pick up the exhibits. The Clerk of Court is hereby authorized to destroy or dispose of said exhibits.

SO ORDERED.

Dated this 28th of May, 2008.



/s/ **Frances M. Tydingco-Gatewood**
     **Chief Judge**